IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JELANI L. RITTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:11CV1069 |
| ) | |
| ACN COMMUNICATION ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on August 1, 2012, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

Therefore, the Court need not make a <u>de novo</u> review, and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss (Doc. # 7) is **DENIED** without prejudice to resubmission after Plaintiff has filed an Amended Complaint or in connection with a dispositive motion filed after the close of discovery.

This the 31st day of January, 2013

                                            /s/ N. Carlton Tilley, Jr.
                                        Senior United States District Judge